# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH THOMAS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>ANTHONY HEDGPETH,<br><br>　　　　　Respondent.<br>_____/ | 1:12-cv-00197-AWI-DLB<br><br>ORDER DISMISSING PETITION FOR WRIT OF MANDAMUS AND DIRECTING CLERK OF COURT TO TERMINATE ACTION<br><br>[Doc. 1] |

　　Petitioner has filed a petition for writ of mandamus in this Court. Petitioner requests an injunction pursuant to Rule 65(a) of the Federal Rules of Civil Procedure requiring the Clerk of the Superior Court of Monterey County to allow him to file a petition and/or complaint without imposition of the vexatious litigant restrictions.[1]

　　Although the federal mandamus statute provides that "[t]he district courts shall have original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff," 28 U.S.C. § 1361, federal district courts are without power to issue mandamus to direct state courts, state judicial officers, or other state officials in the performance of their duties. It is well settled law that a petition for writ of mandamus to compel a state court or official to take or refrain from some action is frivolous as a matter of law. See Demos v. U.S. District Court, 925 F.2d 1160,

---

[1] The Court takes judicial notice of the fact that Petitioner is a vexatious litigant. See e.g. Thomas v. Doe, 1:06-cv-01158-AWI-SMS.

1

1161-62 (9th Cir. 1991) (imposing no writ of mandamus to order state court to take or refrain from some action); In re Campbell, 264 F.3d 730, 731-32 (7th Cir. 2001) (denying petition for writ of mandamus that would order state trial court to give petitioner access to certain trial transcripts which he sought in preparation for filing state postconviction petition). Because the Clerk of the Superior Court of Monterey County is a state official working for a state court, mandamus relief is not available.

     Accordingly, the instant petition for writ of mandamus is DISMISSED as frivolous.

     The Clerk of the Court shall close this action.

IT IS SO ORDERED.

Dated:   April 25, 2012

                                             CHIEF UNITED STATES DISTRICT JUDGE